UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LITEPANELS LTD. and
VIDENDUM PRODUCTION SOLUTIONS, INC.

v.

ZHISHENG "JACK" XU
and
JIAN CHENG TECHNOLOGY, INC.,
and
HUIZHOU CITY LATU FILM EQUIPMENT CO. LTD.
a/k/a GVM LATU FILM EQUIPMENT CO. LTD.
and
GVM PHOTOGRAPHIC EQUIPMENT CO. INC.

Civil Action
No: 2:25-cv-06011

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Litepanels Ltd., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Litepanels, Ltd states that it is an entity under the laws of the United Kingdom which is a wholly owned subsidiary of Videndum Investments Limited, which is an entity under the laws of the United Kingdom which is a wholly owned subsidiary of Videndum Group Holdings Limited, which is an entity under the laws of the United Kingdom which is a wholly owned subsidiary of Videndum plc, which is an entity under the laws of the United Kingdom whose stock is publicly traded on the London Stock Exchange under the ticker symbol "VID."

10/23/2025  /s/ Robert M. Abernethy, III
Date  Signature

Counsel for: Litepanels Ltd.