UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LITEPANELS LTD. and<br>VIDENDUM PRODUCTION SOLUTIONS, INC.<br><br>v.<br><br>ZHISHENG "JACK" XU<br>and<br>JIAN CHENG TECHNOLOGY, INC.,<br>and<br>HUIZHOU CITY LATU FILM EQUIPMENT CO. LTD.<br>a/k/a GVM LATU FILM EQUIPMENT CO. LTD.<br>and<br>GVM PHOTOGRAPHIC EQUIPMENT CO. INC. | Civil Action<br>No: 2:25-cv-06011 |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Videndum Production Solutions, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Videndum Production Solutions Inc. states that it is a wholly owned subsidiary of Videndum US Holdings, Inc., which is an entity under the laws of the United States and which in turn is a wholly owned subsidiary of Videndum Holdings Limited, which is an entity under the laws of Guernsey and which in turn is a wholly owned subsidiary of Videndum Investments Limited, which is an entity under the laws of the United Kingdom and which in turn is a wholly owned subsidiary of Videndum Group Holdings Limited, which is an entity under the laws of the United Kingdom and which is in turn is a wholly owned subsidiary of Videndum plc, which is an entity under the laws of the United Kingdom whose stock is publicly traded on the London Stock Exchange under the ticker symbol "VID".

| 10/23/2025 | /s/ Robert M. Abernethy, III |
|---|---|
| Date | Signature |
| | Counsel for: Videndum Production Solutions, Inc. |